Lorena **GONZALEZ–LOPEZ,** Petitioner,

v.

Michael B. **MUKASEY,** Attorney General, Respondent.

No. 06–71614.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 20, 2007.*

Filed Dec. 28, 2007.

Nathan M. Zaslow, Esq., Law Office of Nathan M. Zaslow, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Kurt B. Larson, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and HAWKINS, Circuit Judges.

MEMORANDUM **

Lorena Gonzalez–Lopez petitions for review of an order of the Board of Immigra-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion Appeals ("BIA") denying her motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *see Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

. The BIA did not abuse its discretion by denying Gonzalez–Lopez's motion to reopen, where the BIA considered the evidence she submitted regarding her daughters and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002) (The BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, or contrary to law.").

**PETITION FOR REVIEW DENIED.**